UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Christopher O'Rourke,

    Plaintiff,

—v—

Eldorado Holding Corp., et al.,

    Defendants.

18-cv-9642 (AJN)

ORDER



ALISON J. NATHAN, District Judge:

As stated on the record at the conference on November 22, 2019, the parties shall submit a joint letter by no later than November 29, 2019 informing the Court of the date of their settlement conference before Magistrate Judge Lehrburger or seeking a referral to the Southern District's Mediation Program.

SO ORDERED.

Dated: November 26, 2019
New York, New York

_____
ALISON J. NATHAN
United States District Judge